■ In the Matter of CATESBY KILMER, Petitioner, v DANIEL P. FITZGERALD et al., Respondents. [792 NYS2d 327]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs, without prejudice to raising the same or similar arguments on appeal from a judgment of conviction, if any, under Supreme Court, New York County, Indictment No. 208/04. No opinion. Concur—Buckley, P.J., Marlow, Ellerin, Gonzalez and Sweeny, JJ.